# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**JUSTIN C. PANTZER,**

    **Plaintiff,**

v.                                               Case No. 4:19-cv-293-AW-MAF

**WARDEN J. COKER, et al.,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's May 7, 2020 Report and Recommendation. ECF No. 9. No objections have been filed. The Report and Recommendation (ECF No. 9) is adopted and incorporated into this order. The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to comply with a court order and failure to prosecute." The clerk will then close the file.

SO ORDERED on June 11, 2020.

                                                s/ *Allen Winsor*
                                                United States District Judge